O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAN PARK,<br><br>                    Plaintiff,<br><br>        v.<br><br>JUST MORTGAGE, INC., et al.,<br><br>                    Defendants. | Case No. EDCV 09-00910-VAP (FFMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant JPMorgan Chase Bank, N.A.  The Court orders that such judgment be entered.

Dated:  August 12, 2009

_____
    VIRGINIA A. PHILLIPS
United States District Judge