Man Park (pro se)
C/O Law Office of John Eom
3225 Wilshire Blvd., Suite 806
Los Angeles, CA 90010
Tel: (213) 3787-1300; Fax: (213)387-2300

Attorney in pro se

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MAN PARK., <br>                 Plaintiffs, <br> vs. <br> JUST MORTGAGE, INC., ET AL. <br>                 Defendants. | Case No.: EDCV 09-910-VAP (FFMx) <br><br> **STIPULATION TO DISMISS CASE** <br><br> Courtroom 2 |

    This stipulation is entered into between Man Park ("Plaintiff") and Just Mortgage, Inc. ("Defendant"). Plaintiff was heretofore represented by counsel Timothy Thurman, who is no longer eligible to practice law in this instant court. As such, Plaintiff is representing himself in pro per but with the assistance of John Eom, Esq. (SBN 181774).

    At this time Plaintiff freely and voluntarily elects to dismiss the above referenced case in its entirety to be entered forthwith. Defendant also hereby stipulates to have the dismissal entered.

    Parties further stipulate that the parties will bear their own cost and attorney fees in this matter.

*STIPULATION TO DISMISS CASE*

Dated: November 25th, 2009

By: /s/ Man Park
MAN PARK
Plaintiff In Pro per

APPROVED AS TO FORM AND CONTENT

Dated: November 25th, 2009

By: /s/ John Eom
JOHN EOM, ESQ.

APPROVED AS TO FORM AND CONTENT

Dated: November 25, 2009

By: /s/ Jaime Laurent
JAIME LAURENT, ESQ.
Attorney for Defendant,
JUST MORTGAGE, INC.

IT IS SO ORDERED
Dated 12/16/09

/s/ Virginia A. Phillips
United States District Judge

Page 2
STIPULATION TO DISMISS CASE